**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 04.cr.20070.CM.JPO

BRADLEY PERKINS

Defendant.

**MOTION FOR CONTINUANCE OF SENTENCING**

COMES NOW the above named Defendant, by and through his attorney, Bob L. Thomas, and hereby moves this Court for an order continuing the sentencing hearing in the above captioned matter.

In support of this motion the Defendant alleges and states the following:

1. Defense counsel has been set for a jury trial in Johnson County District Court in State of Kansas vs. Rina Rae Hagen, Johnson County Case Number 03CR3356. Defense counsel had hoped that this case would be resolved without the need for a jury trial. At the pretrial conference which was conducted on January 20, 2005, at 3:30pm, it became clear that this case was going to proceed to jury trial, despite the best efforts of both attorneys involved to come to a resolution.

2. Defense counsel has attempted to contact the Government regarding this request for a continuance, but has been unsuccessful.

3. The Defendant is out of custody and will not be harmed due to the continuance of the sentencing.

4. This request for a continuance is not made for purposes of delay. There are no disputes with regard to the results of the Presentence Investigation Report.

WHEREFORE the Defendant prays for an order continuing the sentencing in the above captioned matter.

Respectfully submitted,

THOMAS & ASSOCIATES, LLC

/s/Bob L. Thomas
Bob L. Thomas, Kansas Bar No. 19789
128 South Chestnut Street
Olathe, Kansas 66061-3423
Telephone: 913.768.1700
Facsimile: 913.768.1772
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this 20th of January, 2005, a copy of the foregoing was transmitted electronically via PACER/ECF to:

Tristram W. Hunt
United States Attorney, District of Kansas
Kansas City Office
500 State Ave., Ste. 360
Kansas City, KS 66101-2433
Telephone: 913.551.6670
Facsimile: 913.551.6541