IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

Plaintiff,

v. Case No. 04-20070-002-GTV

BRADLEY S. PERKINS,

Defendant.

**SATISFACTION OF ASSESSMENT AND FINE**

The assessment and fine in the above-captioned case having been paid in full, the Clerk of the United States District Court for the District of Kansas is hereby authorized to satisfy and cancel said judgment of record as to the assessment for the Crime Victim's Fund and fine, ordered in the Judgment In A Criminal Case, Doc. 51.

Dated: June 8, 2005.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy Street
Topeka, KS 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States